IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 15 2023
BONNIE HACKLER
Clerk, U.S. District Court

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff,* | |
| v. | Case No. CR 23-194 RAW |
| STEVEN DEWAYNE BEARD, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151 & 1153]

On or about March 29, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **STEVEN DEWAYNE BEARD,** an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill M.I., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

## COUNT TWO

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING
### AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii) & (iii)]

On or about March 29, 2023, within the Eastern District of Oklahoma, the defendant, **STEVEN DEWAYNE BEARD,** did knowingly use, carry, brandish, and discharge a firearm, to wit: a Savage Arms Springfield 944 Series A 20 gauge shotgun bearing serial number P6366377M00944, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## COUNT THREE

**CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF TITLE 18 U.S.C. § 924(c)**
**[18 U.S.C. § 924(j)]**

On or about March 29, 2023, within the Eastern District of Oklahoma, the defendant, **STEVEN DEWAYNE BEARD,** did knowingly use, carry, brandish, and discharge a firearm, to wit, a Savage Arms Springfield 944 Series A 20 gauge shotgun bearing serial number P6366377M00944, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as alleged in Count One of this Indictment, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder, as defined in Title 18, United States Code, Section 1111, in that the defendant, **STEVEN DEWAYNE BEARD,** did murder and unlawfully kill M.I. with a firearm, in violation of Title 18, United States Code, Section 924(j).

## FORFEITURE ALLEGATION
**[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]**

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Three of this Indictment involving violations of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and (iii), 924(j), 1111(a), 1151, and 1153, the defendant, **STEVEN DEWAYNE BEARD,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to: One (1) Savage Arms Springfield 944 20 gauge shotgun bearing serial number P6366377M00944.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
Kevin Gross, VA Bar # 72990
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY